IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT C. HESTER** : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | |
| **ALLENTOWN POLICE DEPARTMENT, et al.** : | **NO. 13-4249** |

### O R D E R

AND NOW, this 22nd day of August, 2013, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Robert C. Hester, #0171362, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. The Warden or other appropriate official at the Lehigh County Prison or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's inmate trust fund account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 13-4249.

3. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of

an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

4. The Clerk of Court is directed to send a copy of this order to the Warden of the Lehigh County Prison.

5. This case shall remain CLOSED for statistical purposes.

**BY THE COURT:**

_/s/ Nitza I. Quiñones Alejandro_
NITZA I. QUIÑONES ALEJANDRO, J